IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRUM AND FORSTER SPECIALTY INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHRIS ELDREDGE CONTAINERS | : | NO. 22-1123 |

**ORDER**

**AND NOW**, this 9th day of February, 2023, upon consideration of Defendant's Motion to Dismiss (Docket No. 5) and Plaintiff's response thereto, **IT IS HEREBY ORDERED** that the Motion is **DENIED IN PART AND GRANTED IN PART** as follows:

1. The Motion is **DENIED** with respect to Defendant's argument that this action should be dismissed pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(7), and 19.

2. The Motion is **GRANTED** with respect to Defendant's request that we decline to exercise jurisdiction over this action pursuant to 28 U.S.C. § 2201(a).

3. The Clerk shall close this case.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.